1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

ROBERT NEVILLE, MD,

12

Plaintiff,

13

v.

14

MARGUERITE DILL,

15

Defendant.

Case No.: 19cv321-CAB-MDD

**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS**

**[Doc. No. 2]**

16
17
18
19
20

Plaintiff, a non-prisoner, proceeding in pro per, has filed a complaint for damages based upon fraud. [Doc. No. 1.]  Plaintiff has not paid the civil filing fee required to commence this action, but rather, has filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  [Doc. No. 2.]

21
22
23
24
25
26
27
28

Generally, all parties instituting a civil action in this court must pay a filing fee. See 28 U.S.C. § 1914(a); CivLR 4.5(a).  But the court may authorize a party to proceed without paying the fee if that party submits an affidavit demonstrating an inability to pay. 28 U.S.C. § 1915(a).  "An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015).  "[A] plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty."  Id. (internal quotation marks omitted).

1  In his motion, Plaintiff claims to have monthly income of $765 and monthly

2  expenses of $420. [Doc. No. 2 at 2, 5.] Thus it appears that Plaintiff has over $300 per

3  month in income in excess of what is needed to cover his expenses. In addition, Plaintiff

4  claims to $1100 in a checking account. [Doc. No. 2 at 2.] However, Plaintiff fails to list

5  any expenses for housing or utilities. [Doc. No. 2 at 4.] It is unclear if this is an

6  oversight or if Plaintiff truly has no housing expenses.

7  Based on the lack of "particularity, definiteness and certainty" in the information

8  provided, the court is not persuaded that Plaintiff lacks the funds to pay the filing fee and

9  "still afford the necessities of life." *Escobedo*, 787 F.3d at 1234. Therefore, Plaintiff's

10  motion to proceed IFP [Doc. No. 2] is **DENIED** without prejudice.

11  Plaintiff shall have until **March 15, 2019** to either pay the filing fee, or file a new

12  motion to proceed IFP that provides with "particularity, definiteness, and certainty" the

13  required information. If the filing fee is not paid or a renewed motion to proceed in

14  forma pauperis is not filed by March 15, 2019, the Clerk of the Court shall dismiss the

15  case without prejudice and terminate the action.

16  In addition, the Court notes that the complaint fails to assert why venue is

17  appropriate in the Southern District of California, as is required by 28 U.S.C. §1391. If

18  Plaintiff pays the fee or files a new motion to proceed IFP, he shall also file an amended

19  complaint that specifically alleges why venue is appropriate in this district.

20  **IT IS SO ORDERED.**

21  Dated: February 21, 2019

22

23  Hon. Cathy Ann Bencivengo
    United States District Judge

24

25

26

27

28

2