

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

MD Robert Neville

                    **Plaintiff,**

             V.

Marguerite Dill

                    **Defendant.**

Civil Action No.  19cv321-CAB(MDD)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The ex parte motion to dismiss pursuant to Fed.R.Civ.P. Rule 41(a)(2) is granted as follows: This action is hereby dismissed with prejudice and Plaintiff is required to pay the sanctions in the amount of $1,000 awarded to Defendant.

Date:  9/6/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
                      R. Chapman, Deputy